IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-mj-01102-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GINA FLOREZ,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the defendant and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United Stats Marshal's Service requiring the United States Marshal to produce the defendant before Hon. Gudrun Rice, United States Magistrate Judge on August 3, 2009, at 10:00 a.m. for proceedings and appearances upon the aforesaid charges, and to hold her at all times in her custody as an agent of the United States of America, until the conclusion of the proceedings, and thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 30th day of July, 2009.

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO