IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 09-mj-01102

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GINA FLOREZ,

    Defendant.

_____

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Upon petition of the defendant and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United Stats Marshal's Service requiring the United States Marshal to produce the defendant before Hon. Michael E. Hegarty, United States Magistrate Judge on August 14, 2009, at 10:00 a.m. for proceedings and appearances upon the aforesaid charges, and to hold her at all times in her custody as an agent of the United States of America, until the conclusion of the proceedings, and thereafter to return the defendant to the institution wherein now confined.

Dated this 27th day of July, 2009.

                                          **BY THE COURT:**

                                          Kathleen M. Tafoya
                                          United States Magistrate Judge